UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELDON DROBNY and ANITA DROBNY, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant and Counterclaim Plaintiff. | Case No: 1:13 CV 08034 <br><br> District Judge Matthew F. Kennelly <br> Magistrate Judge Maria Valdez |

**MOTION FOR ENTRY OF JUDGMENT**

The parties jointly move for issuance and entry of the proposed JUDGMENT provided to the Court by electronic mail in accord with the Court's standing orders.

Respectfully submitted by the parties on Wednesday, December 16, 2015,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
Tax Division U.S. Dept. of Justice

*Local Counsel:*

ZACHARY T. FARDON
United States Attorney

JONATHAN C. HAILE
Assistant U.S. Attorney

/s/ L. Steven Schifano
_____
L. Steven Schifano, Trial Attorney
U.S. Department of Justice Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6575 Phone
(202) 514-5238 Fax
l.steven.schifano@usdoj.gov
Wisconsin Bar # 1019644
Counsel for the United States

ANITA and SHELDON DROBNY

/s/ Terrence James Benshoof
_____
Terrence James Benshoof
Law Offices of Terrence J. Benshoof
170 Spring Ave
Glen Ellyn, IL 60137
(630) 605-6684 Phone
(630) 605-1835 Fax
tbenshoof@earthlink.net
Counsel for Anita and Sheldon Drobny

## CERTIFICATE OF SERVICE
*Drobny v. United States, 1:13 CV 08034 (N.D. Ill)*

I certify that the attached motion has been served this date via electronic court filing upon the following:

**Sheldon and Anita Drobny**
c/o Atty. Terrence James Benshoof

Wednesday, December 16, 2015

/s/ L. Steven Schifano
_____
L. Steven Schifano, Trial Attorney
U.S. Department of Justice Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6575 Phone
(202) 514-5238 Fax
l.steven.schifano@usdoj.gov
Wisconsin Bar # 1019644
Counsel for the United States